The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PING DI,

                              Plaintiff,

        v.

MARKWAYNE MULLIN, *et al*.,

                              Defendants.

Case No. 2:26-cv-01085-JNW

STIPULATED MOTION TO STAY AND
[~~PROPOSED~~] ORDER

Noted for Consideration:
June 23, 2026.

For good cause, Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 60 days. Plaintiff brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his Form I-589, Application for Asylum.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

STIPULATED MOTION TO STAY AND [~~PROPOSED~~] ORDER
[Case No. 2:26-cv-01085-JNW] - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

With an additional 60 days, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiff will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action be stayed for 60 days. The parties will submit a joint status report on or before the end of this period.

DATED this 23rd day of June, 2026.

Respectfully submitted,

s/ Kristen R. Vogel
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax:    206-553-4073
Email: kristen.vogel@usdoj.gov

Attorney for Defendants

I certify that this memorandum contains 209 words, in compliance with the Local Civil Rules.

s/ Ping Di
PING DI
225 112th Ave NE, #302
Bellevue, WA 98004
Phone: 626-560-3388
Email: pingdi362@outlook.com

Pro Se Plaintiff

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[Case No. 2:26-cv-01085-JNW] - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

The case is stayed.  The parties shall submit a status update within 60 days of this Order.

It is so **ORDERED**.

Dated June 23, 2026.


_____
Jamal N. Whitehead
United States District Judge

STIPULATED MOTION TO STAY AND [PROPOSED] ORDER
[Case No. 2:26-cv-01085-JNW] - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970